# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1405
LT Case No. 2019-CF-000638-A

———————————————

KYLE NATHAN HURTA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Bonnie
Jean Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.


February 28, 2025


PER CURIAM.

In this *Anders*[*] appeal, we affirm the revocation of Appellant Kyle Hurta's probation and the judgment and sentence imposed after he violated condition 5 of his supervision by being arrested on fifteen counts of possession of child pornography. However, we remand for entry of (i) an amended order of revocation of probation that identifies condition 5 as that which Hurta violated, *see Bride v. State*, 391 So. 3d 515 (Fla. 5th DCA 2024), and (ii) an amended order/final judgment for charges, costs, and fees judgment identifying the costs assessed only for violation of probation.

AFFIRMED; REMANDED with instructions.

WALLIS, SOUD, and PRATT, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

[*] *Anders v. California*, 386 U.S. 738 (1967).